IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DU DAOBIN, et al.** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No.: **PJM 11-1538** |
| | * | |
| **CISCO SYSTEMS, INC., et al.** | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Upon consideration of Defendants' Motion for Stay [Paper No. 17] and Memorandum in Support of Renewed Motion for Stay in Light of Recent Developments [Paper No. 28], and Plaintiffs' Opposition thereto, it is, this 20th day of January, 2012

**ORDERED**

1.  Defendant's Renewed Motion for Stay in Light of Recent Developments [Paper No. 28] is **GRANTED.** Defendants' response to Plaintiffs' Complaint and all proceedings in this case are **STAYED** until **30 DAYS AFTER** the United States Supreme Court issues its decisions in both *Kiobel v. Royal Dutch Petroleum Co., et al.*, No. 10-1491 and *Mohamad v. Palestinian Authority, et al.*, No. 11-88; and

2.  Defendant's original Motion for Stay [Paper No. 17] is **MOOT**.


_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**