**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Du Daobin, et al. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 8:11-cv-01538 PJM** |
| **v.** | ) | |
| | ) | |
| CISCO Systems, Inc., et al. | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, by counsel, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure hereby file this Motion for Leave to Amend the Complaint in the above-captioned action.

For the reasons set forth in the accompanying memorandum, which is incorporated by reference herein, Plaintiffs submit that the requested Amendment will not prejudice Defendants in any way, and will provide additional clarity regarding Plaintiffs' claims.

Respectfully Submitted,

June 17, 2013

*/S/ Daniel S. Ward*
Daniel S. Ward
Taimur Rabbani
Ward & Ward, P.L.L.C.
2020 N Street, NW
Washington D.C. 20036
(202) 331-8160
(202) 503-1455 (facsimile)
dan@wardlawdc.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June 2013, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will then send, as

appropriate, a notification of such filing to the following:

Lincoln O. Bisbee, Esq.
MORGAN, LEWIS & BOCKIUS
111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
(202) 739-3001 fax
lbisbee@morganlewis.com

Kathleen M. Sullivan
QUINN EMANUAEL URQUHART and SULLIVAN
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7327
kathleensullivan@quinnemanuel.com

Isaac Nesser
QUINN EMANUAEL URQUHART and SULLIVAN
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
isaacnesser@quinnemanuel.com

Faith E. Gay
QUINN EMANUAEL URQUHART and SULLIVAN
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
faithgay@quinnemanuel.com

        /S/ Daniel S. Ward
            Daniel S. Ward