IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Du Daobin, et al. | ) |
| | ) |
|           Plaintiff, | ) |
| | )   Civil Action No. 8:11-cv-01538 PJM |
| v. | ) |
| | ) |
| CISCO Systems, Inc., et al. | ) |
| | ) |
|           Defendant. | ) |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, by counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure hereby submit Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to Amend the Complaint.

**I.   BACKGROUND**

On June 6, 2011, Plaintiffs filed their Complaint (ECF 1).

On June 7, 2011, Plaintiffs filed Supplements to their Complaint (ECF 2-3).

On July 17, 2011, Defendant Cisco Systems, Inc. ("CISCO") filed a Motion to Stay (ECF 17).

On July 21, 2011, the Parties filed a Joint Motion for Extension of Time to Respond to Complaint which requested, in pertinent part that:

> "3.   Plaintiffs' brief in opposition to any motion to dismiss shall be due 30 days following the service of such motion by Defendants; and
>
> 4.   Defendants' reply brief in further support of any motion to dismiss shall be due 21 days following the service of such Opposition Brief by Plaintiffs."

(ECF 18).

On July 22, 2011, the Court granted the Joint Motion for Extension of Time (ECF 19).

On November 10, 2011, the Court directed the parties to file memoranda in connection with the U.S. Court of Appeals for the Fourth Circuit Decision in <u>Aziz v. Alcolac, Inc.</u>, No. 10-1908, 2011 WL 4349356 (4th Cir. Sept. 19, 2011) (ECF 27).

On November 30, 2011, CISCO filed it Memorandum in Support of Renewed Motion for Stay in Light of Recent Developments (ECF 28).

On January 24, 2012, the Court granted Defendants' Renewed Motion for Stay and stayed all proceedings until 30 days after the United States Supreme Court issued its decisions in both <u>Kiobel v Royal Dutch Petroleum Co.</u>, et a, No.10-1491 and <u>Mohamad v Palestinian Authority, et al.</u>, No. 11-88 (ECF 33).

On April 18, 2012, the United States Supreme Court issued its decision in <u>Mohamad v. Palestinian Authority, et al.</u>, No. 11-88.

On April 17, 2013, the United States Supreme Court issued its decision in <u>Kiobel v. Royal Dutch Petroleum Co.</u>, No. 10-1491.

On May 10, 2013, CISCO filed a Consent Motion for Extension of Time to File an Answers or Otherwise Responsive Pleading (ECF 35).

On May 15, 2013, the Court granted CISCO Motion for Extension of Time (ECF 36).

On May 24, 2013, CISCO filed its Motion to Dismiss (ECF 37).

The Parties have discussed Plaintiffs' intention to Amend the Complaint and have agreed that Plaintiffs may file the attached Proposed Amended Complaint today, June 17, 2013.

## II. LEGAL ARGUMENT

### A. Plaintiffs May Amend its Pleading as a Matter of Course Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(1)(B)

Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure states, in pertinent part, that:

"A party may amend its pleading once as a matter of course within ... 21 days after service of a responsive pleading ..."

Accordingly, Plaintiffs may amend their pleading as a matter of course on or before **June 17, 2013**. Attached hereto as **Exhibit A** is a copy of Plaintiffs' Amended Complaint. Attached hereto as **Exhibit B** is a redlined copy reflecting the changes between Plaintiffs' Original Complaint (ECF 1) and the proposed Amended Complaint.

Plaintiffs' Amended Complaint adds greater specificity and otherwise directly addresses the issues raised in CISCO's Motion to Dismiss. Allowing the entry of this Amended Complaint will provide the additional clarity that Defendants argued was lacking in the Original Complaint.

The attached proposed Amended Complaint does not prejudice Defendants. In fact, the Amended Complaint actually removes a number of the individually named Defendants from the litigation, and otherwise streamlines the controversy.

### B. CISCO'S Motion to Dismiss Should Be Deemed Moot.

The Court's ECF system incorrectly generated the responsive date for Plaintiffs' Opposition to CISCO's Motion to Dismiss as June 10, 2013. Pursuant to the Court's July 22, 2011 Order (ECF 19), Plaintiffs' opposition to CISCO's Motion to Dismiss is due on June 26, 2013. As a result of Plaintiffs' filing of the attached Amended Complaint, CISCO's Motion to Dismiss is moot and no responsive pleadings should be required at this time.

Further, as Plaintiffs anticipate that Defendants will be filing another Motion to Dismiss, which will require additional briefing[1] and consideration by the Court, Plaintiffs further request that the Court remove from the calendar the July 29, 2013 Hearing (ECF 38).

### III. CONCLUSION

For the foregoing reasons, it is respectfully requested that:

- Plaintiffs' Motion for Leave to Amend the Complaint be granted;

- Plaintiffs' Amended Complaint be deemed admitted;

- CISCO's Motion to Dismiss be deemed moot; and

- The July 29, 2013 Hearing be removed from the Court's calendar.

Respectfully Submitted,

June 17, 2013

*/S/ Daniel S. Ward*
Daniel S. Ward
Taimur Rabbani
Ward & Ward, P.L.L.C.
2020 N Street, NW
Washington D.C. 20036
(202) 331-8160
dan@wardlawdc.com

Counsel for Plaintiffs

---

[1] In addition to the fact that any such Motion would not be fully briefed by July 29, 2013, Undersigned Counsel has a long-planned family holiday scheduled for July 27 to August 3, 2013, and thus would respectfully seek the Court's indulgence to reschedule even if such briefing were complete by July 29, 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send, as appropriate, a notification of such filing to the following:

>Lincoln O. Bisbee, Esq.
>MORGAN, LEWIS & BOCKIUS
>111 Pennsylvania Avenue, NW
>Washington, DC 20004
>(202) 739-3000
>(202) 739-3001 fax
>lbisbee@morganlewis.com
>
>Kathleen M. Sullivan
>QUINN EMANUAEL URQUHART and SULLIVAN
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>(212) 849-7327
>kathleensullivan@quinnemanuel.com
>
>Isaac Nesser
>QUINN EMANUAEL URQUHART and SULLIVAN
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>(212) 849-7000
>isaacnesser@quinnemanuel.com
>
>Faith E. Gay
>QUINN EMANUAEL URQUHART and SULLIVAN
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>(212) 849-7000
>faithgay@quinnemanuel.com

>            /S/ Daniel S. Ward
>                Daniel S. Ward