UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND, GREENBELT DIVISION

| | |
|---|---|
| Du Daobin, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CISCO Systems, Inc., et al. <br><br> Defendants. | No. 8:11-cv-01538-PJM |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(1), 12(B)(2), AND 12(B)(6)

For the reasons set forth in the accompanying Memorandum of Law, Defendants hereby move to dismiss Plaintiffs' First Amended Complaint, with prejudice, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  July 9, 2013

Respectfully submitted,

/s/ Kathleen M. Sullivan
Kathleen M. Sullivan (*pro hac vice*)
kathleensullivan@quinnemanuel.com
Faith E. Gay (*pro hac vice*)
faithgay@quinnemanuel.com
Isaac Nesser (*pro hac vice*)
isaacnesser@quinnemanuel.com
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
(212) 849-7100 (fax)

Lincoln O. Bisbee (Bar No. 28953)
lbisbee@morganlewis.com
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave, NW

Washington, D.C. 20004
202.739.3000
202.739.3001 (fax)

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing was served electronically via ECF to the following:

>Daniel S. Ward
>WARD & WARD, P.L.L.C.
>2020 N. St., NW
>Washington, DC 20036
>
>*Counsel for Plaintiff*

>>/s/ Lincoln O. Bisbee
>>Lincoln O. Bisbee
>>
>>*Counsel for Defendants*