**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **DU DAOBIN, et al.** | * |
| Plaintiffs | * |
| v. | *    Civil No.: **PJM 11-1538** |
| **CISCO SYSTEMS, INC., et al.** | * |
| Defendants | * |

## FINAL ORDER OF JUDGMENT

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Fed. R. Civ. P. 12(B)(1), 12(B)(2), and 12(B)(6) [Paper No. 45], and Plaintiffs' Opposition thereto, oral argument having been held thereon, it is, for the reasons set forth in the accompanying Opinion, this 24th day of February, 2014

**ORDERED**

1. Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Fed. R. Civ. P. 12(B)(1), 12(B)(2), and 12(B)(6) [Paper No. 45] is **GRANTED** as to all counts,

2. The Motion is **GRANTED WITH PREJUDICE** as to all federally-based claims and **WITHOUT PREJUDICE** as to all state-based claims, and

3. The Clerk is directed to **CLOSE** this case.

 

                                                                                     **/s/**
                                          **PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE**